**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6174**

_____

KEVIN COLEMAN,

                              Plaintiff - Appellant,

        versus

SCDC; CALVIN ANTHONY; CAPTAIN PICKNEY,

                              Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Henry M. Herlong, Jr., District
Judge.  (CA-00-3595-10-20BD)

_____

Submitted:  May 31, 2001            Decided:  June 8, 2001

_____

Before WILKINS, TRAXLER, and KING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Kevin Coleman, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kevin Coleman appeals the district court's order denying relief without prejudice on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Coleman v. South Carolina Dep't of Corr.</u>, No. CA-00-3595-10-20BD (D.S.C. filed Jan. 4, 2001; entered Jan. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2